UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-9020 JCG | Date | June 15, 2015 |
|---|---|---|---|
| Title | *James Allan Gray v. Carolyn W. Colvin, Acting Commissioner of Social Security* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR COMPLY WITH COURT ORDERS**

On April 21, 2015, the Court granted James Allan Gray ("Plaintiff")'s former counsel's motion to withdraw as attorney of record, and stayed this action for 45 calendar days, so that Plaintiff could secure successor counsel. [Dkt. No. 18.] The Court ordered the parties to submit a joint report to the Court regarding the status of this action on or before June 5, 2015. [*Id.*]

On June 5, 2015, Defendant filed a status report stating that she had attempted to contact Plaintiff by telephone, without success, on May 28, June 1, and June 5, 2015, and had sent Plaintiff a letter by overnight mail on June 1, 2015. [Dkt. No. 19.] Plaintiff did not respond to Defendant's letter. [*Id.*]

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, a district court may *sua sponte* dismiss an action for failure to prosecute or failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-32 (1962).

Here, Plaintiff failed to participate in the submission of a joint status report, as directed by the Court's April 21, 2015 Order. [*See* Dkt. No. 18.]

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE** – that is, to explain, in writing, why he failed to participate in the submission of a joint status report to the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-9020 JCG | Date | June 15, 2015 |
|---|---|---|---|
| Title | *James Allan Gray v. Carolyn W. Colvin, Acting Commissioner of Social Security* | | |

**Plaintiff is warned that his failure to timely respond to this Order may result in the dismissal of this action for failure to prosecute and/or failure to comply with court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

Additionally, the Clerk of Court is **DIRECTED** to send a copy of this Order to Plaintiff's last known address, as represented by Plaintiff's former counsel, [*see* Dkt. No. 15 at 7], as well as to the most recent address reflected in the Certified Administrative Record, [*see* Dkt. No. 14-3 at 3.].

**IT IS SO ORDERED**.

cc: Parties of Record

                                                                                   00 : 00

Initials of Clerk             kh