O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLAN GRAY,<br>  Plaintiff,<br>    v.<br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br>  Defendant. | Case No. LA CV 13-9020 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Memorandum Opinion and Order Dismissing Action, without Prejudice, for Failure to Prosecute and Comply with Court Orders.

DATED: July 7, 2015

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE